UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK CHRISTOPHER DOWNEY,<br>Plaintiff,<br>v.<br>SNOHOMISH COUNTY, *et al*.,<br>Defendants. | CASE NO. 2:26-cv-02146-LK-GJL<br>REPORT AND RECOMMENDATION<br>Noting Date: **October 1, 2026** |

This prisoner civil rights action filed pursuant to 42 U.S.C. § 1983 has been referred to United States Magistrate Judge Grady J. Leupold. Plaintiff Mark Christopher Downey proceeds in this action *pro se* and has filed an incomplete Application to Proceed *In Forma Pauperis* ("IFP"). Dkt. 1 (IFP Application); Dkt. 4 (Notice of Filing Deficiency). On July 15, 2026, the Court sent mail to Plaintiff at the address on file, which was returned as undeliverable. Dkt. 5 (labeled "NIC" for "Not In Custody").

Under this Court's Local Rules, a party proceeding *pro se* must keep the Court and opposing parties advised of their current address. Local Rules W.D. Wash, LCR 41(b)(2). If mail directed to a *pro se* litigant is returned by the Postal Service and the party fails to notify the

Court and opposing parties of a current address within sixty days thereafter, the Court may dismiss the action without prejudice for failure to prosecute. *Id.*

More than sixty days have passed since the Court's mail to Plaintiff was returned as undeliverable, and Plaintiff has not provided the Court with an updated address. *See docket.* Accordingly, the undersigned recommends that this action be **DISMISSED without prejudice** for failure to prosecute pursuant to LCR 41(b)(2).

Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **October 1, 2026**, as noted in the caption.

Dated this 16th day of September, 2026.

Grady J. Leupold
United States Magistrate Judge